IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RUBEN MEDINA and ELENA MEDINA, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | CV 116-149 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** the case without prejudice, and **DIRECTS** the Clerk to **CLOSE** this civil action.

SO ORDERED this 4th day of November, 2016, at Augusta, Georgia.

```
                    _____
                    HONORABLE J. RANDAL HALL
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF GEORGIA
```